IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEROY LEWIS,  )  <br>    ID # 20004819,  )  <br>        Plaintiff,  )  <br> vs.  ) <br>   ) <br> DALLAS COUNTY JAIL,  ) <br>        Defendant.  ) | <br><br><br>No. 3:20-CV-1232-K-BH<br><br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

Signed July 31st, 2020.

_Ed Kinkeade_
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**